**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01005-CV

### IN RE BILLY SHANNON MCKINNEY, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 24008-422**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as unnecessary relator's motion for leave to file his petition for writ of mandamus. We **DENY** as moot relator's motion for leave to file one copy of his pleadings, although we have considered the petition without the filing of the required number of copies. We **ORDER** relator to bear the costs of this original proceeding.

/s/      JIM MOSELEY
             JUSTICE